**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**GILBERTO CAVAZOS**                                                       **PLAINTIFF**

v.                     **No. 3:15-CV-00285-JTK**

**CAROLYN W. COLVIN,**
Acting Commissioner,
**Social Security Administration**                            **DEFENDANT**

### JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

So ordered this 25th day of April 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE